AO 91 (Rev. 02/09) Criminal Complaint

UNITED STATES DISTRICT COURT
FILED
FEB 4 2019
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# United States District Court
**for the**
**Western District of New York**

United States of America )
)
v. ) Case No. 19-MJ- 4003
)
JESSICA POTUCK & ROBERT BROOKS )
)
*Defendants*

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about the date of January 2, 2019 through January 8, 2019 in the county of Monroe in the Western District of New York, the defendant violated 18 U.S.C. § 1591, an offense described as follows:

the defendants have violated Title 18, United States Code, Section 1591, knowingly recruiting, enticing, harboring, transporting, providing and obtaining a person, that had not attained the age of 18 years and would be caused to engage in a commercial sex act. This criminal complaint is based on these facts:

X Continued on the attached sheet.

Please see attached affidavit

*Complainant's Signature*

Barry W. Couch, S/A FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/4/19

*Judge's signature*

City and State: Rochester, New York

Hon. Marian W. Payson, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

STATE OF NEW YORK )
COUNTY OF MONROE ) ss:
CITY OF ROCHESTER )

19-mJ-4003

I, Barry W. Couch, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I have been so employed since November, 2008. I am currently assigned to investigations involving crimes against children, as well as other criminal investigations.

2. This affidavit is submitted for the limited purpose of establishing probable cause to believe that ROBERT BROOKS, born xx/xx/1992, and JESSICA POTUCK, born xx/xx/1990, while in the Western District of New York, knowingly recruited, enticed, harbored, transported, provided and obtained a person, that had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code Section 1591.

3. The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that ROBERT

BROOKS and JESSICA POTUCK did knowingly violate Title 18, United States Code, Section 1591.

4. On January 2, 2019, the Gates New York Police Department conducted a prostitution sting operation at a local Rochester, New York, area hotel after locating suspected online prostitution advertisements and communicating with someone via the listed phone number on one of the advertisements. It should be noted the online advertisements were from a certain website based in Hong Kong. Upon entering the hotel room that they were directed to by the individual communicating via the phone number listed on the advertisement, Gates Police were greeted by JESSICA POTUCK, and a minor aged female, Minor Victim 1 (MV1), date of birth xx/xx/2002, who were there to fulfill the arranged prostitution date, a date pre-arranged to be with two prostitutes at the same time. Gates Police confirmed that the pictures in one of the online advertisements were of MV1. MV1 told Gates Police that POTUCK had asked her to come to the hotel several days earlier, on December 30, 2018, and that POTUCK said she (POTUCK) was going to get money from “licks”. “Licks” are known to law enforcement to be prostitution dates. MV1 also told Gates Police that POTUCK asked MV1 to send POTUCK “cute” pictures of herself (MV1), which she did via text message. MV1 told Gates Police POTUCK said she was going to “post” MV1’s pictures. MV1 was aware that her pictures were being posted on a website she thought was known for prostitution activity.

5. Gates Police were able to determine from hotel staff that ROBERT BROOKS, date of birth xx/xx/1992, had paid for the hotel room Gates Police encountered POTUCK

and MV1 in. When asked by Gates Police, MV1 identified BROOKS as being POTUCK's "baby daddy" and said that he had been in the hotel room with them at times. It should be noted that Gates Police arrested POTUCK back in 2012 for prostitution at another local area hotel, and that at the time, ROBERT BROOKS had been identified as having been in that hotel room with POTUCK.

6. On January 2, 2019, when encountering POTUCK and MV1, Gates Police seized an LG Cellular Phone Model LM-X210MA with serial number 807CQDG502802 that MV1 was holding. Gates Police also seized an Alcatel Cellular Phone Model 5046G with IMEI 014915000270952 that POTUCK was holding. "Made in China" is printed on the Alcatel phone.

7. On January 8, 2019, I obtained federal search warrants to search the contents of the two seized cell phones referred to above in paragraph 6. In reviewing the content of the seized Alcatel phone, I observed photographs of MV1 in the Gallery section of the phone. It should be noted that I have observed what appeared to be an online prostitution advertisement that contained one of these photographs of MV1. That advertisement was showing to have been posted on January 1, 2019. I also observed texting conversations between the user of the Alcatel phone, who appears to be JESSICA POTUCK, and the user of a phone with phone number 585-953-9149, who was listed in the Alcatel phone as a Contact named "Babydad". In these texting conversations, POTUCK refers to the "Babydad" Contact as "Rob". On December 30, 2018, Rob texted, "ain't nobody delivering shit to my room period understood…How much money left", soon followed by, "Don't

sperate my money I can do that ight", and then, "Umm like I said I'll split the money". Rob soon texted, "I have licks on my phone so split this I'll give room up", followed by, "Na split last lick I'ma void dat room and you do you and work for yaself". POTUCK responded, "Nigga it plan and simple u helping or not period". Rob responded with, "You heard what I said I'm on my way", soon followed by, "You talking like you got this first off I'm the reason u can even sit in a room or get a room my outcall remember…I'm helping…I always helped when it came to this MF get yo shit straight". It should be noted that it is known to law enforcement that an "outcall" is a prostitution date. Rob soon asked, "y you ain't make my page". POTUCK responded, "I lost ur pics". POTUCK soon texted, "Trying to get a MF lick did u post yet it slow". Rob responded, "Yes", followed by, "…make another page". POTUCK responded, "I'm on it now just posted new page for me". Rob responded, "Okay post another one for me and put my number".

8. Rob soon texted, "Wassup wit ya friend…And what's the numbers!". POTUCK responded, "Numbers for what". Rob then responded, "Her cut what we giving her". POTUCK responded, "She doing body rubs…It the girl who was at hospital with dutches…Can she come". Rob responded, "Umm yeah Jess I need 60/40…So that's 20$ more than her", soon followed by, "Whatever she makes the cut put it all uo". POTUCK responded, "Yea". POTUCK soon texted, "Her bus comes at 649". (It should be noted that I observed Facebook Messenger chats on the seized Alcatel phone between who appears to be POTUCK and MV1 where MV1 tells POTUCK her (MV1's) bus comes at 6:49.) Rob responded, "Umm if she not hitting she ain't gone just be staying there". POTUCK responded, "Rob well try it for one nit". Rob responded, "Okay…If she got a phone I got a

few Lick's who wants u to call them". POTUCK responded, "Give me there number". Approximately one hour later, Rob texted, "We need hit. Lick…is she selling pussy". A couple hours later, POTUCK texted, "She sitting here". Rob responded, "Call lick mf". POTUCK soon texted, "I am renewing room but u really need to get key renewed and give me it". Rob responded, "I got it". POTUCK then added, "Well take it out lick money I just payed it im allowed to get rooms again they said".

9. On December 31, 2018, Rob texted, "So how many licks u hit last night?" POTUCK responded, "Mam stop blowin phone up…Texting all these licks wtf". Rob responded, "Girl STFU I can blow any phone I want up if I'm not getting a response I'm on my way", soon followed by, "Yeah I sent lick there…He at door". POTUCK soon responded, "He was just in here…Tell him my friend left". Rob responded, "He was just in there wat sense does it make did she hit a lick yet". POTUCK responded, "I'm taken new pics of here TF…Tell lick to come back". Rob texted, "Posting ad one sec…And like I said post another ad under my number we need outcalls", soon followed by, "Wen I say do it do it fym all dat extra shit bout to get sumbody hurt", and then, "Yeah do better pay me more all of the above you changed but remember wen it comes to this I hold the throne".

10. Approximately two hours later, Rob texted, "Might have a lick…Remember lick we robbed he wanna see another girl maybe both if yall…I need pics of both if y'all well mainly here…but send few pics of her". POTUCK responded by texting Rob a picture appearing to be of MV1. POTUCK then texted, "Where lick at". Rob responded, "On his way up now". POTUCK soon texted, "He knocking…He in…He gone". Rob soon texted,

"Got a lick be there in 5 mins for 80". Approximately fifteen minutes later, Rob texted, "I got another lick there now too...He said he be up in a minute", soon followed by, "Then it's another lick that wants you to come get him he nervous", and then, "The lick waiting in car is for hh120 hr200". Rob soon texted, "...don't sperate no money yet...Don't split shit down middle yet wait til I'm there". POTUCK soon texted, "I got a few licks coming". Approximately two and a half hours later, POTUCK texted, "I cought a lot". Rob responded, "How much was it". POTUCK responded, "100". Rob responded, "That's it wassup". POTUCK responded, "I got another who just said he here". Rob responded, "Ok how much". POTUCK responded, "Another 100". POTUCK then texted Rob a picture of herself. On the morning of January 1, 2019, Rob texted, "How many licks u hit". On January 2, 2019, Rob texted, "I be back to the room had to go and get something...".

11. On January 16, 2019, I spoke with ROBERT BROOKS on the phone via the 585-953-9149 phone number. BROOKS denied being involved in the prostitution of MV1, but did somewhat acknowledge involvement with POTUCK. BROOKS did acknowledge knowing who MV1 was, saying she was a friend of BROOKS' sister. When asked why he was talking about splitting the money with POTUCK, BROOKS said POTUCK wanted to give him money. BROOKS did acknowledge paying for the hotel room for POTUCK and that he had to get his money back from paying for the room.

Based upon the foregoing, your affiant respectfully submits that there is probable cause to believe that ROBERT BROOKS and JESSICA POTUCK have violated Title 18, United States Code, Section 1591, knowingly recruiting, enticing, harboring, transporting, providing and obtaining a person, that had not attained the age of 18 years and would be caused to engage in a commercial sex act.

BARRY W. COUCH
Special Agent
Federal Bureau of Investigation

Sworn to before me this
4th day of February 2019.

HON. MARIAN W. PAYSON
United States Magistrate Judge